# EXHIBIT A

Filing # 121863721 E-Filed 02/22/2021 11:07:25 PM

IN AND FOR THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY FLORIDA
CIRCUIT CIVIL DIVISION

KELLY GONZALEZ,
an individual,

         Plaintiff,

vs.

GRAY TELEVISION, INC., d/b/a WCJB-TV20 NEWS,

         Defendant.
_____/

CASE NO.: 2021 CA 495

Complaint and Demand for Jury Trial

COMES NOW, Plaintiff, Kelly Gonzalez, ("Plaintiff") an individual, and sues Defendant, GRAY TELEVISION, INC., ("Defendant"), a Foreign Profit Corporation, and files this Complaint and states as follows in support thereof:

Parties

1. Plaintiff, Kelly Gonzalez, is an individual and resides in Hillsborough County, Florida.

2. At all times material, Defendant, GRAY TELEVISION, INC., is a Foreign Profit Corporation licensed to do business in Florida and doing business in Alachua County, Florida.

Jurisdiction and Venue

3. This is an action for damages and other relief in excess of $30,000.00, exclusive of attorney's fees, costs and interest. Jurisdiction is proper in this Court.

4. Venue is proper in the Eighth Judicial Circuit, pursuant to § 47.051, because the cause of action accrued in Alachua County, Florida.

## Factual Allegations

5. All conditions precedent to bringing this action have been met.

6. Plaintiff timely filed a charge with the Equal Employment Opportunity Commission. A copy of the charge is attached as Exhibit "A".

7. A notification of Right to Sue was received from the Equal Employment Opportunity Commission on or about October 19, 2020, and a copy is attached as Exhibit "B".

8. On or about August 8, 2016, Ms. Gonzalez began her employment with Defendant, GRAY TELEVISION GROUP, INC., as an Associate Producer.

9. On or around November 2016, Ms. Gonzalez was promoted to the position of Weekend Reporter.

10. As a Weekend Reporter, Ms. Gonzalez's stories were frequently featured more so than other Weekend Reporters employed by Defendant.

11. Following Ms. Gonzalez's new promotion to Weekend Reporter, she received a new supervisor, Jon Levy, who led a campaign of abuse and discrimination.

12. For example, the first incident occurred when Ms. Gonzalez and other female co-workers learned that a co-worker, Alan Spencer, was arrested for sexually assaulting and kidnapping a University of Florida student.

13. As Ms. Gonzalez and other female co-workers read the police report, Mr. Levy openly defended Mr. Spencer.

14. Mr. Levy's defense of Spencer left the female employees in total shock and disbelief.

15. Another example occurred when a Weekend Reporter failed to follow up on a news story. In response to another Weekend Reporter's failure, Mr. Levy, during a meeting, began banging on the desk and went on a profanity laced tirade toward Ms. Gonzalez.

16. As the meeting continued, any time Ms. Gonzalez began to speak, Mr. Levy would interrupt her and tell her to, "shut the fuck up". Mr. Levy did not speak that way to any of the men in the room.

17. Ms. Gonzalez believed that his profanity laced tirade was based on her sex and she reported Mr. Levy's outburst to Human Resources.

18. After Ms. Gonzalez's complaint to Human Resources, Mr. Levy began a campaign of retaliation.

19. Mr. Levy passed over Ms. Gonzalez for a promotion that was based on seniority. Instead, the position was filled by an unqualified new male hire. That hire was promptly fired for poor performance.

20. Mr. Levy assigned Ms. Gonzalez the only work vehicle known for mechanical problems. This became a running joke at the station that Ms. Gonzalez must be in Mr. Levy's doghouse due to the vehicle assignment.

21. Another incident occurred when Mr. Levy rushed Ms. Gonzalez into the studio to report breaking news. Ms. Gonzalez requested a monitor to check her appearance as customary. Mr. Levy denied the request. Ms. Gonzalez then went on air to report the breaking news.

22. After the segment, Ms. Gonzalez looked around and saw that her female co-workers were stunned. Mr. Levy and the male co-workers began laughing. When Ms. Gonzalez viewed the playback of her performance, she then found that her breasts were partially exposed due to the placement of the microphone. Ms. Gonzalez burst into tears.

23. A few days after that incident, Mr. Levy created an enlarged still image of Ms. Gonzalez's partially exposed breast. He then showed the image in a meeting while the station owner was present.

24. On or around October 24, 2017, after Mr. Levy was promoted to Station Manager, he ended his campaign of abuse and sex discrimination with one final act of retaliation by firing Ms. Gonzalez.

## Count I Private Whistleblower Statute (§ 448.102)

25. Plaintiff Realleges paragraphs 1 through 24 as though fully set forth herein.

26. This is an action for damages pursuant to Florida's Private Whistleblower Statute. F.S. § 448.102 et seq.

27. The retaliatory actions described above were conducted by Defendant through its agents or employees, in part or in total, because Plaintiff objected to or refused to participate in the activities, policies, or practices of Defendant which were violations of laws, rules or regulations. Specifically, Plaintiff complained of and/or objected to including but not limited to disparate treatment and hostile work environment based on her sex by her Manager, Jon Levy.

28. As a direct and proximate result of the Defendant's unlawful conduct, Plaintiff has and will continue to suffer damages.

**WHEREFORE**, Plaintiff requests an award of back pay, front pay, prejudgment interest, post judgment interest, damages for all employment compensation; reasonable attorney's fees, court costs and any other such damages as this honorable Court deems just.

DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all counts.

Dated: February 22, 2021.

Respectfully submitted,

ROBERSON & ROBERSON P.A.


*/s/ Deron T. Roberson Jr.*
DERON T. ROBERSON, JR.
Florida Bar Number 1011941
AARON C. ROBERSON
Florida Bar Number 1018139
ROBERSON & ROBERSON P.A.
Email:  D.Roberson@robersonemploymentlaw.com
A.Roberson@robersonemploymentlaw.com
Info@robersonemploymentlaw.com
16057 Tampa Palms Blvd W. #231
Tampa, Florida 33602
Phone:  813.808.3688
Attorneys for Plaintiff

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | 510-2018-06312 |

Florida Commission On Human Relations                    and EEOC
_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.): Miss Kelly L. Gonzalez

**Home Phone** (Incl. Area Code): [redacted]

**Date of Birth**: [redacted]

**Street Address**: [redacted]

**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: WCJB TV20 NEWS
**No. Employees, Members**: 15 - 100
**Phone No. (Include Area Code)**: (352) 377-2020
**Street Address**: 6220 NW 43rd street, Gainesville, FL 32606

**DISCRIMINATION BASED ON** (Check appropriate box(es)):
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 10-24-2016    Latest: 10-24-2017
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I am a female who participated in activities protected by Title VII when I complained to management that my supervisor, Jon Levy, created a hostile work environment for female employees and sexually harassed me by screaming at me using curse words, including "F__K" because he was upset. Co-workers who witnessed this anti-feminist barrage of insults were shocked. Kevin Fries, News Director, made Jon Levy apologize, but took no other action. I reported the incident to human resources. Kevin Fries was fired, and Jon Levy was promoted to News Director. While News Director Jon Levy made inappropriate sexually charged comments when, on air, a microphone malfunction caused my dress to be pulled down exposing some cleavage. Jon Levy printed out a blown-up picture of my cleavage and berated me in his office for an admitted accident involving multiple staff members. John Levy passed me up for seniority-based weekday scheduling in favor of a newly hired male Michael Sorge. John levy passed me up for seniority-based reporter car preference for the newly hired Michael Sorge. John Levy passed me up for promotion to fill in weekend anchor for the newly hired Michael Sorge.
All while Michael Sorge was being writing up and ultimately fired for poor performance. Michael Sorge was

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9/13/18
Charging Party Signature: _Kelly Gonzalez_

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>510-2018-06312 |
|---|---|---|
| Florida Commission On Human Relations | | and EEOC |
| *State or local Agency, if any* | | |

less qualified and did not possess the seniority status that all these preferences were traditionally based on. Jon Levy consistently took adverse employment actions against me in retaliation. On October 24, 2017, Jon Levy fired me "without cause," but when I asked why stated that it was because I was not a "team player." I believe I was discriminated against because of my sex, female, and was retaliated against for protected Title VII activity in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 9/13/18     [signature]<br>Date         Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

be contacted. Otherwise, please be aware that a Notice of Right to Sue will be issued to you and it will expire within 90 days after you receive it.

Sincerely,

Robby Cedon
Federal Investigator


**From:** Kelly Gonzalez
**Sent:** Tuesday, April 07, 2020 4:55 PM
**To:** ROBBY CEDON
**Subject:** Re: Pre-determination Letter, EEOC#510-2018-06312, Kelly L. Gonzalez v. WCJB TV20 News

Hi Robby,

Attached, is my response to the position statement. Thank you for your help and please let me know if you need anything else.

Stay safe and healthy!

Best,

Kelly

On Tue, Apr 7, 2020 at 10:15 AM Kelly Gonzalez <kellylgonzalez91@gmail.com> wrote:
> Hi Robby,
>
> Thank you. I will get that to you shortly!
>
> Kelly Gonzalez
>
>> On Apr 7, 2020, at 9:57 AM, ROBBY CEDON <ROBBY.CEDON@eeoc.gov> wrote:
>>
>>
>> Good morning Ms. Gonzalez,
>>
>> Some information in the file seemed to indicate that the charge was filed untimely; however, I was able to verify that the charge was filed on time. That is why I asked you submit whatever that you to submit to me information which refutes information submitted by the Respondent. Please provide names and contact information (phone number/address) of any witnesses and any comparators who can support your claim. Otherwise, the Commission will make a decision based on the evidence currently in your file.

2

# EXHIBIT B

EEOC Form 161 (11/16)　　　　　　　　U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Kelly L. Gonzalez | From: | Miami District Office<br>Miami Tower, 100 S E 2nd Street<br>Suite 1500<br>Miami, FL 33131 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2018-06312 | Robby Cedon,<br>Investigator | (786) 648-5865 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Marissa Cosculluela　　　　　　　　10/19/2020

| Enclosures(s) | For | BRADLEY A. ANDERSON,<br>Acting District Director | (Date Mailed) |
|---|---|---|---|

cc: **Respondent's Representative**

WCJB TV20 News
c/o. J Fielding Douthat, Jr., Esq.
Woods Rogers PLC
Riverfront Plaza, West Tower
901 East Byrd Street, Suite 1550
Richmond, VA 23219