# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**KELLY GONZALEZ,**

    **Plaintiff,**

**v.**                                                **Case No. 1:21-cv-78-AW-GRJ**

**GRAY TELEVISION, INC.,**
**d/b/a WCJB-TV20 NEWS,**

    **Defendant.**

_____/

## **ORDER DENYING MOTION TO DISMISS AS MOOT**

Defendant moved to dismiss the complaint on May 4, 2021. ECF No. 3. Plaintiff then filed an amended complaint, ECF No. 6, so Defendant's motion to dismiss is DENIED as moot.

SO ORDERED on May 19, 2021.

                                                     s/ *Allen Winsor*
                                                     United States District Judge