IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KELLY GONZALEZ,
an individual,

          CASE NO.:1:21-cv-00078-AW-GRJ

    Plaintiff,

vs.

GRAY TELEVISION, INC., d/b/a
WCJB-TV20 NEWS, a Foreign Profit
Corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff KELLY GONZALEZ and Defendant GRAY TELEVISION, INC., d/b/a/ WCJB-TV20 NEWS, a Foreign Profit Corporation, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss with prejudice all claims asserted or which could have been asserted in this action against Defendants, with each party to bear its own costs and attorneys' fees in connection with this litigation.

Respectfully submitted this 8th day of June, 2021.

*/s/ Deron T. Roberson Jr.*
**DERON T. ROBERSON, JR.**
Florida Bar Number 1011941
ROBERSON & ROBERSON P.A.
D.Roberson@robersonemploymentlaw.com
Info@robersonemploymentlaw.com
16057 Tampa Palms Blvd W. #231
Tampa, Florida 33602
Phone:  813.808.3688
*Attorney for Plaintiff*

/s/ Jason A. Pill
**JASON A. PILL**
Florida Bar No.: 70284
**MATTHEW S. PEREZ**
Florida Bar. No.: 0125572
PHELPS DUNBAR LLP
100 South Ashley Drive, Suite 2000
Tampa, Florida 33602-5311
813-472-7550
813-472-7570 (FAX)
jason.pill@phelps.com
matthew.perez@phelps.com
*Attorneys for Defendant*