IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KELLY GONZALEZ,**

    **Plaintiff,**

v.                                                                  Case No. 1:21-cv-78-AW-GRJ

**GRAY TELEVISION, INC.,**
**d/b/a WCJB-TV20 NEWS,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of voluntary dismissal. ECF No. 10. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on June 9, 2021.

                                                          s/ *Allen Winsor*
                                                          United States District Judge